IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON, IV,
     Plaintiff,

vs.                                                              Case No. 3:10cv390/LAC/CJK

CORRY FLEETION,
     Defendant.

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on October 7, 2010 by filing a complaint under U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).  Because the complaint and application to proceed *in forma pauperis* were not on the court forms, the court entered an order on October 20, 2010 directing plaintiff to submit, within twenty-eight days, an amended complaint and either the $350.00 filing fee or a complete application to proceed *in forma pauperis*.  (Doc. 4).  Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed.

A copy of the October 20, 2010 order was mailed to plaintiff at his address of record, the Escambia County Jail.  However, it was returned on October 27, 2010, as undeliverable marked "Return to Sender, No Longer At This Address."  (Doc. 5).

Over ninety days elapsed and plaintiff did not file a change of address form or otherwise notify the court of his new address.  Accordingly, on January 24, 2011, a Report and Recommendation was entered recommending dismissal of this case  for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.  (Doc. 6).

Two and a half weeks later, plaintiff filed a notice of change of address and a motion for extension of time.  (Docs. 8, 9).  In the interest of justice, on February 15, 2011, the court vacated the Report and Recommendation, forwarded a copy of the court's October 20, 2010 order to plaintiff, supplied plaintiff with new court forms on which to submit an amended complaint and *in forma pauperis* application, and granted plaintiff another thirty (30) days in which to file an amended complaint and either the filing fee or a motion to proceed *in forma pauperis*.  (Doc. 10).  Plaintiff was again advised that failure to comply with the order would result in a recommendation that this case be dismissed.  The deadline passed with no response.

Accordingly, on March 30, 2011, the court ordered plaintiff to show cause within fourteen (14) days why this case should not be dismissed for failure to comply with an order of the court.  (Doc. 12).  Over fourteen days have passed, and plaintiff has neither responded to the order to show cause, nor complied with the February 15, 2011 order.

Accordingly, it is respectfully RECOMMENDED:

1.      That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.      That the clerk be directed to close the file.


DONE AND ORDERED this 9th day of May, 2011.


                               /s/ *Charles J. Kahn, Jr.*
                               CHARLES J. KAHN, JR.
                               UNITED STATES MAGISTRATE JUDGE




                          NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).